AARON D. FORD
  Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELPHONSO BRADLEY,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN HUTCHINSON, *et al.,*<br><br>    Respondents. | Case No. 2:21-cv-00607-APG-VCF<br><br>**RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |

    Respondents, Warden Hutchinson, *et al.* (Respondents), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court for a forty-five (45-) day enlargement of time, or up to and including Monday, November 22, 2021, to file and serve their reply in support of their motion to dismiss at ECF No. 7.

    This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached declaration of counsel, as well as all other papers pleadings on file herein.

    Respondents have not requested any previous enlargements of time to reply, and they make this motion in good faith and not for the purpose of delay.

    RESPECTFULLY SUBMITTED this 8th day of October, 2021.

                             AARON D. FORD
                             Attorney General

                             By:    /s/ Gerri Lynn Hardcastle
                                    GERRI LYNN HARDCASTLE (Bar No. 13142)
IT IS SO ORDERED:              Deputy Attorney General

Dated: October 8, 2021

                                           _____
-1-  ANDREW P. GORDON
      UNITED STATES DISTRICT JUDGE