# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELPHONSO BRADLEY,<br><br>    Petitioner<br><br>v.<br><br>HUTCHINSON, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00607-APG-VCF<br><br>**Order Granting Extension of Time to Respond to Petitioner's Motion to September 30, 2022 (ECF No. 20)** |

Respondents move for a 7-day extension of time to respond to Delphonso Bradley's motion demonstrating cause and actual prejudice to excuse procedural default in this 28 U.S.C. § 2254 habeas corpus action. (ECF No. 20.) Good cause appearing,

I ORDER that respondents' motion for extension of time to file a response to the motion (ECF No. 20 is GRANTED. **The deadline to respond is extended to September 30, 2022.**

Dated: September 28, 2022

_____
U.S. District Judge Andrew P. Gordon