UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Delphonso Bradley,<br><br>    Petitioner<br><br>v.<br><br>Hutchinson, et al.,<br><br>    Respondents | Case No.: 2:21-cv-00607-APG-VCF<br><br>**Order Granting Extension of Time to File Answer to Petition to September 7, 2023**<br><br>[ECF No. 24] |

    Respondents ask the court for an extension of time to file an answer to the remaining claims in Delphonso Bradley's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 24. Counsel explains that this case has been reassigned to a new deputy attorney general not yet admitted to practice before this court who will need additional time to prepare the answer. Good cause appearing,

    I THEREFORE ORDER that respondents' motion for extension of time to file an answer to the petition **[ECF No. 24] is GRANTED. The deadline to answer is extended to September 7, 2023.**

    DATED this 25th day of July, 2023.

                                                         ANDREW P. GORDON<br>                                                       UNITED STATES DISTRICT JUDGE