# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Delphonso Bradley,<br><br>    Petitioner<br><br>v.<br><br>Hutchinson, *et al.*,<br><br>    Respondents | Case No.: 2:21-cv-00607-APG-MDC<br><br>**Order Directing Petitioner to File Notice of Change of Address** |

Respondents filed an answer to the remaining claims in Delphonso Bradley's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 31. The answer was served on petitioner electronically at his address of record but was returned with the notation: undeliverable (paroled). ECF No. 32. Petitioner has not filed a notice of change of address as required by the Local Rules or contacted the court in any manner. LR IA 3-1. The court gives petitioner 14 days to file a notice of change of address. If petitioner fails to update his address, this petition will be dismissed without further prior notice.

I THEREFORE ORDER that, within 14 days of the date of this order, petitioner file a notice of change of address.

DATED this 19th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE