UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Delphonso Bradley, | Case No.: 2:21-cv-00607-APG-MDC |
| Petitioner | **Order Dismissing Petition, Denying Certificate of Appealability, and Closing Case** |
| v. | |
| Hutchinson, *et al.*, | |
| Respondents | |

Respondents filed an answer to the remaining claims in Delphonso Bradley's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 31. The answer was served on petitioner electronically at his address of record but was returned with the notation: undeliverable (paroled). ECF No. 32. The court directed petitioner to file a notice of change of address as required by the Local Rules. LR IA 3-1. That order was served on petitioner electronically at his address of record and was also returned with the notation: undeliverable (paroled). ECF No. 37. Petitioner has not contacted the court in any manner. The petition is therefore dismissed for failure to update address and failure to file a response to the answer. LR 7-2(d).

I THEREFORE ORDER that the petition is dismissed.

A certificate of appealability will not issue.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED this 21st day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE